ROYAL DEVELOPMENT COMPANY, Appellant, *v.* JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondent.

(Argued September 30, 1935; decided October 15, 1935.)

*David H. Shearer* and *Adolph J. Rodenbeck* for appellant.
*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *James P. Cotter*, of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.